THE STATE *ex rel.* WIGHT, *Appellant,* v. MODREL *et al.*

Bonds : SURETIES, THEIR LIABILITIES THEREON.  In a suit upon an executor's bond, it is no defense to a surety that he signed the bond upon the parol promise of the executor to procure additional sureties, and furnish the sureties with an indemnity bond. .(Following *State to use, &c., v. Potter,*63 Mo. 212, and *Brown v. Baker,* 64 Mo. 167.)

*Appeal  from  Vernon  Circuit  Court.*—HON. J. D. PARKINSON, Judge.

*J. B. Gantt* for appellant.

NAPTON, J.—This suit is against the sureties on the bond of an executor, and the defense set up in their an-

swers was, that the several sureties "signed the bond on the parol agreement made at the time by the executor with them, that he would procure other additional sureties, and would also furnish them an indemnity bond." Such defenses have been decided worthless in the case of the *State to use of Bothrick v. Potter*, 63 Mo. 212, and *State ex rel. J. S. Brown, Admr., v. Baker, Admr.*, 64 Mo. 167. In accordance with these decisions, the judgment must be reversed and the cause remanded. All concur.

REVERSED.